**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No.: 24-13096-amc |
| **GLENSIDE PIZZA, INC.,** | : |  |
|  | : |  |
|  | : |  |
| **Debtor** | : |  |

**COMPENSATION DISCLOSURE NOTICE**

Vasilios Zonios hereby certifies as follows:

1. I am the President of Glenside Pizza, Inc., the Debtor in this case.

2. I am the only officer or director of the Debtor. I run the entire operations of the Debtor, including managing employees, ordering inventory, maintaining the leased space, handling the financial aspects of the business and overseeing food preparation and sales.

3. I am currently receiving compensation in the amount of $6,230 every two weeks. I do not receive any benefits from the Debtor.

4. I received the following compensation from the Debtor before the filing of the bankruptcy petition:

   a. 90 days before the filing (June 3, 2024):   $6,230

   b. 180 days before the filing (March 3, 2024): $6,230

   c. one year before the filing (September 3, 2023):   $5,385

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Dated: September 20, 2024                            /s/ Vasilios Zonios
                                                     Vasilios Zonios