# GLENSIDE PIZZA INCORPORATED
## CH. 11 CASE NO. 24-13096
## EXH. A- INCOME, SOURCES AND USES

|  | Year 1 January | Year 1 February | Year 1 March | Year 1 April | Year 1 May | Year 1 June |
|---|---|---|---|---|---|---|
| **Income** | | | | | | |
| Revenue | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 | $120,000 |
| Cost of Goods Sold | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 | $55,000 |
| Gross Revenue | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 | $65,000 |
| **Expenses** | | | | | | |
| Rent | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 |
| Payroll | $30,000 | $30,000 | $30,000 | $30,000 | $30,000 | $31,000 |
| Sales Tax | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 | $7,000 |
| Insurance | $500 | $500 | $500 | $500 | $500 | $500 |
| Advertising | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 |
| Internet | $800 | $800 | $800 | $800 | $800 | $800 |
| phone | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Merchant fees | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 | $4,500 |
| repairs/maintenance | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Disposal fees | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 |
| Electric | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 |
| Pest control | $300 | $300 | $300 | $300 | $300 | $300 |
| Legal/Accounting | $500 | $500 | $500 | $500 | $500 | $500 |
| Supplies/materials | $4,000 | $4,000 | $4,000 | $4,000 | $4,000 | $5,000 |
| miscellaneous | $400 | $400 | $400 | $400 | $400 | $400 |

| | | | | | | |
|---|---|---|---|---|---|---|
| office supplies | | $500 | $500 | $500 | $500 | $500 | $500 |
| **Total Expenses** | | $57,950 | $57,950 | $57,950 | $57,950 | $57,950 | $59,950 |
| **Net before debt service** | | $7,050 | $7,050 | $7,050 | $7,050 | $7,050 | $5,050 |
| McDowell Law, PC | $ | 1,500 | $ 1,500 | $ 1,500 | $ 500 | | |
| Holly Smith Miller, Esq. | $ | 1,500 | $ 1,500 | $ 1,500 | $ 500 | | |
| Internal Revenue Service | | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 |
| Ally Bank | | $636 | $636 | $636 | $636 | $636 | $636 |
| SBA | | $1,552 | $1,552 | $1,552 | $1,552 | $1,552 | $1,552 |
| General unsecured claims | | | | | $3,000 | | |
| **Total Uses** | | $6,429 | $6,429 | $6,429 | $7,429 | $3,429 | $3,429 |
| **Net** | | $621 | $621 | $621 | -$379 | $3,621 | $1,621 |

| | Year 1 July | Year 1 August | Year 1 September | Year 1 October | Year 1 November | Year 1 December | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|---|---|---|---|
| $ | 120,000 | $ 120,000 | $ 125,000 | $ 130,000 | $ 130,000 | $ 130,000 | $ 1,475,000 | $ 1,475,000 | $ 1,475,000 |
| $ | 55,000 | $ 55,000 | $ 57,500 | $ 60,000 | $ 60,000 | $ 60,000 | $ 677,500 | $ 677,500 | $ 677,500 |
| | $65,000 | $65,000 | $67,500 | $70,000 | $70,000 | $70,000 | $797,500 | $797,500 | $797,500 |
| | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $2,700 | $ 32,400 | $32,400 | $32,400 |
| | $31,000 | $31,000 | $32,000 | $35,000 | $35,000 | $35,000 | $ 380,000 | $380,000 | $380,000 |
| | $7,000 | $7,000 | $7,250 | $7,500 | $7,500 | $7,500 | $ 85,750 | $85,750 | $85,750 |
| | $500 | $500 | $500 | $500 | $500 | $500 | $ 6,000 | $6,000 | $6,000 |
| | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $2,000 | $ 24,000 | $24,000 | $24,000 |
| | $800 | $800 | $800 | $800 | $800 | $800 | $ 9,600 | $9,600 | $9,600 |
| | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $ 12,000 | $12,000 | $12,000 |
| | $4,500 | $4,500 | $4,750 | $5,000 | $5,000 | $5,000 | $ 55,750 | $55,750 | $55,750 |
| | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $ 12,000 | $12,000 | $12,000 |
| | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $1,000 | $ 12,000 | $12,000 | $12,000 |
| | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $1,750 | $ 21,000 | $21,000 | $21,000 |
| | $300 | $300 | $300 | $300 | $300 | $300 | $ 3,600 | $3,600 | $3,600 |
| | $500 | $500 | $500 | $500 | $500 | $500 | $ 6,000 | $6,000 | $6,000 |
| | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $ 55,000 | $55,000 | $55,000 |
| | $400 | $400 | $400 | $400 | $400 | $400 | $ 4,800 | $4,800 | $4,800 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| $500 | $500 | $500 | $500 | $500 | $500 | $ 6,000 | $6,000 | $6,000 |
| $59,950 | $59,950 | $61,450 | $64,950 | $64,950 | $64,950 | $725,900 | $725,900 | $725,900 |
| | | | | | | | | |
| $5,050 | $5,050 | $6,050 | $5,050 | $5,050 | $5,050 | $71,600 | $71,600 | $71,600 |
| | | | | | | | | |
| | | | | | | | | |
| $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $1,241 | $14,892 | $0 | $0 |
| $636 | $636 | $636 | $636 | $636 | $636 | $7,632 | $7,632 | $7,632 |
| $1,552 | $1,552 | $1,552 | $1,552 | $1,552 | $1,552 | $18,624 | $18,624 | $18,624 |
| $3,000 | | | $3,000 | | | $12,000 | $12,000 | $12,000 |
| | | | | | | | | |
| $6,429 | $3,429 | $3,429 | $6,429 | $3,429 | $3,429 | $53,148 | $38,256 | $38,256 |
| | | | | | | | | |
| -$1,379 | $1,621 | $2,621 | -$1,379 | $1,621 | $1,621 | $18,452 | $33,344 | $33,344 |