**GLENSIDE PIZZA, INCORPORATED, CHAPTER 11 CASE NO. 24-13096**

**EXHIBIT B – LIQUIDATION ANALYSIS**

**ASSETS:**

| | | |
|---|---|---|
| Cash on hand | $ | 7,000 |
| Inventory | $ | 15,000 |
| Office Equipment | $ | 500 |
| 2021 Chevrolet Silverado | $ | 20,000 (no equity due to lien of Ally Bank totaling $37,000) |
| Restaurant Equipment | $ | 100,000 |
| TOTAL | $ | 142,500 |

**SECURED CLAIMS:**

| | | |
|---|---|---|
| 1ST Priority lien of SBA | $ | 850,379 |
| Net Equity | $ | ($707,879) |
| Liquidation Value | $ | 0 |