**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>**GLENSIDE PIZZA, INCORPORATED,**<br><br>Debtor | Chapter 11<br><br>Case No.: 24- 13096-amc |

**O R D E R**

**AND NOW**, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, and the Debtor's proposed plan of reorganization having been filed on December 2, 2024 (doc. # 45), **IT IS HEREBY ORDERED** that the following dates and deadlines will govern the procedure of this case:

1. <u>Confirmation Hearing</u>. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on <u>     Feb. 5, 2025</u> at 12:30 p.m. in the United States Bankruptcy Court, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107.

2. <u>Objections to Plan</u>. <u>  Jan. 29                </u>, 2025 is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules.

3. <u>Voting on the Plan</u>.    <u>Jan. 29</u>, 2025 is the deadline for submitting acceptances or rejections of the Debtor's plan of reorganization. Acceptances and rejections must be submitted to the Debtor's attorney at the following address:

**Ellen M. McDowell, Esq.**
**McDowell Law, PC**
**46 West Main Street,**
**Maple Shade, NJ 08052**

4. <u>Service of Plan Documents</u>. On or before <u>Dec. 20,</u>, 2024 the Debtor shall serve a copy of this Scheduling Order, the Debtor's plan of reorganization, on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). The Debtor's attorney shall thereafter promptly file a certificate of service with the Court.

Date:   Dec. 18, 2024

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE