**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| | : | Case No.: 24-13096-amc |
| **GLENSIDE PIZZA, INC.,** | : | |
| | : | |
| | : | |
| **Debtor** | : | |

# REPORT OF PLAN VOTING

Glenside Pizza, Inc. (the "Debtor"), by its attorneys, hereby submits this Report of Plan Voting and states as follows:

1. The results of creditor voting on the Plan of Reorganization filed by the Debtor on December 2, 2024 (the "Plan"), are accurately reflected in the following chart:

**[CHART ON NEXT PAGE]**

| Creditor Class and Name | Plan Treatment | Number of Votes Received | Percentage (number) of Votes Received | | Percentage (amount) of Votes Received | | Result |
|---|---|---|---|---|---|---|---|
| | | | Accept | Reject | Accept | Reject | |
| 1 Small Business Administration secured claim | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 2 PA Dept. of Revenue secured claim | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 3 Ally Bank secured claim | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 4 American Heritage FCU secured claim | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 5 American Heritage FCU secured claim | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 6 Liberis secured claim | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 7 Channel Partners | Impaired | 0 | 0% | 0% | 0% | 0% | Rejected |
| 8 General Unsecured Creditors | Impaired | 0[1] | 100% | 0% | 100% | 0% | Accepted |

Dated: Maple Shade, NJ
March 5, 2025

Respectfully submitted,

/s *Ellen M. McDowell*
Ellen M. McDowell
McDOWELL LAW, PC
46 West Main Street
Maple Shade, NJ 08052
Counsel for the Debtor

---

[1] While no actual ballots were received, US Foods, Inc., in the Stipulation filed with the Court (Docket No. 58), agreed to vote in favor of the Plan, so for the purposes of this Report, it is respectfully requested that it be deeemed to have voted in favor of the Plan.

# **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date set forth below, true and correct copies of the foregoing Report of Plan Voting were served on the following parties in the manner indicated:

| | |
|---|---|
| Kacie Cartwright, Esq.<br>Office of the US Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 | via electronic mail |
| Holly Smith Miller, Esq.<br>Gellert Seitz Busenkell & Brown LLC<br>901 Market St Suite 3020<br>Philadelphia, PA 19107 | via electronic mail |
| Regina Cohen, Esq.<br>Lavin, Cedrone, Graver, Boyd & DiSipio<br>190 N Independence Mall W #500<br>Philadelphia, PA 19106 | via electronic mail |
| Marla Benedek, Esq.<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801 | via electronic mail |
| Pamela Thurmond, Esq.<br>City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>Bankruptcy Division<br>1401 John F. Kennedy Blvd. Room 580<br>Philadelphia, PA 19102 | via electronic mail |
| Pamela Hunter, Esq.<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101 | via electronic mail |

Dated:  March 5, 2025                           *s/Ellen M. McDowell*
                                                Ellen M. McDowell

3